UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAIS BHUIYAN,,<br>Plaintiff,<br><br>v.<br><br>RICK PERRY, Governor, State<br>of Texas; BRAD LIVINGSTON,<br>Executive Director, Texas Department<br>of Criminal Justice; ANGIE McCOWN,<br>Director, TDCJ Victim Services Division;<br>RISSIE OWENS, Member Texas Board<br>of Pardons and Paroles,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:11-CV-00603 |

# EXHIBIT B TO DEFENDANTS' AMENDED ANSWER

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-10659

**DEATH PENALTY CASE**

In re: MARK ANTHONY STROMAN,

   Movant

---

On Motion for Authorization to File
Successive Petition for Writ of Habeas
Corpus in the United States District Court
Before the Northern District of Texas, Dallas

---

Before JONES, Chief Judge, and HIGGINBOTHAM, and DAVIS, Circuit Judges.

BY THE COURT:

   IT IS ORDERED that movant's motion for authorization for file a successive habeas petition is *denied*;

   IT IS FURTHER ORDERED that movant's motion to stay execution scheduled for July 20, 2011 is *denied*;

   IT IS FURTHER ORDERED that movant's motion to stay proceedings pending resolution of the state court proceeding is *denied as moot*.