UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAIS BHUIYAN,<br>Plaintiff,<br><br>v.<br><br>RICK PERRY, Governor, State<br>of Texas; BRAD LIVINGSTON,<br>Executive Director, Texas Department<br>of Criminal Justice; ANGIE McCOWN,<br>Director, TDCJ Victim Services Division;<br>RISSIE OWENS, Member Texas Board<br>of Pardons and Paroles,<br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:11-CV-00603 |

# EXHIBIT C TO DEFENDANTS' AMENDED ANSWER

```
CSVSNT34              TEXAS DEPARTMENT OF CRIMINAL JUSTICE            07/13/11
                       CONTACT NOTIFICATION INQUIRY SCREEN            09:58:16


   NOTIFY NAME:  BHULYAN, RAISUDDIN                 VICTIM DOB: _____
    IN CARE OF: _____      PIN NUMBER: 02199009
       ADDRESS: ████████████████
                ████████           ████████         PH(H): ████████
DATE ADDRESS LAST UPDATED:  2002-07-18   BY: SHU8033  PH(W): ___ ___ ____
OFFENDER NAME:     STROMAN,MARK ANTHONY        TDC NUMBER:  00999409
SID NUMBER:  03998509    HIGH PROFILE:  _      SEQ NUMBER:  ___
INITIAL ENTRY DATE: 07-18-2002                 VIS/INQUIRY DATE: 12-16-2001
RECEIVED FROM: CO    ENTRY REASON: VIS              SPANISH SPEAKER: _
CONTACT TYPE: INTERESTED/CONCERNED CI LOSS TYPE: N/A
NOTIFY: EXECUTION      REASON: VICTIM IMPACT STATEMENT   DATE: 07-18-2002
BOARD MEETING: _      FLAG DATE: _____   VINES REFERRED: _
AVNS CALLOUT: (LANGUAGE: _ PHONE TYPE: _ )  VICTIM OF INSTANT OFFENSE: U
LETTER SENT        DATE SENT      LETTER TYPE      REASON SENT
                   07-23-2002     EXEC/AG OFF      PC GENERATED LETTER
                   _____     _____       _____
                   _____     _____       _____
                   _____     _____       _____

     PRESS <ENTER> OR A FUNCTION KEY TO CONTINUE.
PF1=HELP    PF2=PSS MENU    PF3=MENU    PF4=NAME SEARCH    PF5=OFFENDER SEARCH
PF9=ADDRESS INQUIRY  PF10=NOTIFY REQUESTS  PF11=LETTERS SENT  PF12=TDCJ MENU
```



**Texas Department of Criminal Justice**



**Victim Services Division**



# A WALK THROUGH THE SYSTEM

Texas Department of Criminal Justice

**Victim Services Division**

P. O. Box 13401
Austin, Texas 78711-3401
(800) 848-4284
Fax: (512) 452-0825

E-mail:
victim.svc@tdcj.state.tx.us
Visit the TDCJ website at:
www.tdcj.state.tx.us

The Victim Services Division wishes to express appreciation to all the victim service organizations for their continuing support and cooperation.





# What services do we provide?

To help provide you with swift and courteous service, we have established a toll-free telephone number to be used only by victims and their families. You can call Monday through Friday (7:30 am-5:30 pm) at **(800) 848-4284**. Anyone can contact us at **(512) 406-5424**.

## We Provide:

- Information and referral;
- Assistance in determining inmate status
- Referral for restitution inquiries
- Automated toll-free telephone system for victims to obtain status information 24 hours a day. If requested, the automated phone system can call a victim to notify them when an inmate is being processed for release.
- Processing of the Victim Impact Statement, protest letters and other information submitted by victims
- Assistance in scheduling meetings with parole board members during parole review
- Explanation of parole and mandatory supervision laws
- Training of criminal justice professionals and offenders on victim awareness and sensitivity issues
- Prison tours for victims, concerned citizens and criminal justice professionals
- Victim witness screening and preparation prior to viewing an execution
- Face to face meetings with offenders through Victim Offender Mediation/Dialogue if requested by the victim and upon approval and preparation by our office
- Information and referral services for victim service providers and victims of crime through the Crime Victim Clearinghouse
- Annual statewide conference bringing victims, victim advocates, service providers and criminal justice professionals together to train, share information and network
- The Victim Impact Panel Program provides victims the opportunity to participate on a panel that facilitates their healing by speaking about their victimization to criminal justice staff and offenders. Victims can contact this office to request the service.

Victims are welcome to visit us to obtain information and discuss concerns.

We suggest that you make an appointment so we can better serve you.

## How do you find out if the inmate is being released?

Victims and concerned citizens who request notification are notified by letter. If you want to receive information from our office, make sure we have your current address and phone number at all times.

**Some points of notification are:**
- A Victim Impact Statement or inquiry is received
- Inmate enters the review process
- Parole board review process is completed and release is denied
- Inmate receives a tentative favorable action (vote) for release from parole board members
- Parole board decides the inmate must serve the minimum time required and then be released on supervision
- Inmate is placed in Special Review
- Parole board decides not to change the inmate's previous parole denial
- Parole board places the inmate in Special Needs Parole Review (inmate may be determined mentally ill, terminally ill, mentally challenged, elderly or physically disabled)
- Inmate's release certificate is issued for parole or mandatory supervision
- The offender's parole, mandatory supervision or parole in absentia is revoked by the parole board
- Inmate dies while incarcerated or while under supervision
- Inmate escapes and is recaptured

**Important Reminder**
**PLEASE NOTIFY OUR OFFICE IF YOUR ADDRESS OR TELEPHONE NUMBER CHANGES**

## What else can you do to participate in the review process?

As often as you wish, you can send protest letters to our office to be included in the inmate's file. You can describe how the crime affected you and continues to impact you and your family. Any new information, pictures, pertinent newspaper articles, etc., may be included, all of which will be placed in the inmate's file for the parole board's consideration during the review process. This is a permanent file; anything submitted cannot be returned.

You may also request any special conditions you think should be imposed on the inmate if released. For example, you may request that upon release, the inmate have no contact with you and your immediate family.

All letters and phone calls, including the Victim Impact Statement, are confidential.

# How important is a Victim Impact Statement?

A Victim Impact Statement (VIS) is a form used by law enforcement agencies, prosecutors and other participants in the Criminal Justice System to record the impact of a crime i.e., emotional, physical and financial, on a victim, the guardian of a victim or a close relative of a deceased victim.

The VIS is used by the court prior to sentencing the offender. The VIS is then forwarded, along with the offense and commitment data and upon the transfer of the offender, to the prison system's headquarters in Huntsville. A copy of the VIS is then sent to our office and placed in the offender's file.

Information contained in the VIS is used to provide notification to the victim at any stage in the criminal justice process, which includes notification of parole review status and inmate release. The VIS is considered by parole board members prior to voting a case during the review process.

You may obtain a VIS form from county and district attorneys and victim-witness coordinators throughout the State, as well as from our office.

If you did not complete a VIS or don't remember, call or write to us. We'll add your name, address and phone number to our confidential victim notification database.

For information concerning employment opportunities, visit our website or contact Austin Human Resources at:

**(512) 374-0900**
**Equal Opportunity Employer**

# What is Restitution?

The Parole Division, which is separate from our office, is responsible for the collection of restitution. Some offenders are ordered to pay financial restitution to compensate the victim for losses sustained at the time of the offense. Restitution can be ordered only by the sentencing judge and must be recorded on the sentence and judgment by the court. Fines, court costs and attorney fees should not be confused with restitution. Releasees pay restitution to the Parole Division for distribution to the victim. This ensures that a victim and the releasee have no contact.

*TAKING STEPS TO HELP YOU THROUGH THE SYSTEM*

The Texas Department of Criminal Justice-Victim Services Division provides information and referral services to victims and victim service providers. Assistance is provided to victims and their families after the offender is prosecuted and begins to serve his or her sentence. The major areas of concern facing victims at this stage are the review process and notification of inmate release.

*"Our office is dedicated to providing direct, personal service to victims and their families throughout Texas. It is our goal to ensure that you are not left behind at the crime scene, but can be involved, if you desire, in any stage of the criminal justice process."*

Raven Kazen, Director
Victim Services Division
Texas Department
of Criminal Justice